IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PAUL SMITH,

    Petitioner,               No. CIV S-02-1583 DFL CMK P

    vs.

A. A. LAMARQUE, Warden,

    Respondents.

ORDER
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 28, 2005, the court filed findings and recommendations that petitioner's petition for writ of habeas corpus be denied.  On July 6, 2005, petitioner filed timely objections in which he offered to lodge the entire Reporter's Transcript.  Therefore, IT IS HEREBY ORDERED THAT:

    1.  The findings and recommendations filed June 28, 2005, are vacated; and

    2.  Petitioner is granted twenty days after being served with this order to lodge the entire Reporter's Transcript.

DATED:  July 15, 2005.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE