IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PAUL SMITH, | No. CIV S-02-1583-DFL-CMK |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| A.A. LaMARQUE, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On September 8, 2005, the magistrate judge filed amended findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections were to be filed within 15 days.  Petitioner has filed objections to the amended findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the amended findings and recommendations to be supported by the record and

1

1  by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3      1.    The amended findings and recommendations filed September 8, 2005, are

4  adopted in full;

5      2.    Petitioner's petition for a writ of habeas corpus is denied; and

6      3.    The Clerk of the Court is directed to enter judgment and close this file.

8  DATED: 09/30/2005          /s/ David F. Levi
                                            UNITED STATES DISTRICT JUDGE