IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PAUL SMITH,                  No. CIV S-02-1583-DFL-CMK

     Petitioner,

  vs.                               <u>ORDER</u>

A.A. LaMARQUE,

     Respondent.

_____/

    Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability filed on October 24, 2005.

    Under 28 U.S.C. § 2253 a certificate of appealability is warranted only if the case presents a "substantial question," i.e., one that is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>,
2  463 U.S. 880, 893 (1983)).
3      For the reasons given in the September 8, 2005, Findings and
4  Recommendations, this case presents no such "substantial
5  question" and the October 24, 2005 motion for certificate of
6  appealability is DENIED.
7      IT IS SO ORDERED.
8  Dated: 8/3/2006

_____
DAVID F. LEVI
United States District Judge